# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# DOCKET NO. 3:14-CV-00295-FDW-DCK

| | |
|---|---|
| IMPACT TECHNOLOGIES GROUP INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | ORDER |
| vs. ) | |
| ) | |
| IMPACT PARTNERSHIP LLC, ) | |
| ) | |
| Defendant. ) | |

**THIS MATTER** is before the Court on Plaintiff Impact Technologies Group's Motion for a Temporary Restraining Order. (Doc. No. 4). Upon review, the Court DENIES Plaintiff's Motion. The Court will reconsider its ruling, if Plaintiff chooses to file a motion for a preliminary injunction.

IT IS SO ORDERED.

Signed: June 5, 2014

Frank D. Whitney
Chief United States District Judge