UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:14-CV-00295-FDW-DCK

| | |
|---|---|
| IMPACT TECHNOLOGIES GROUP INC., )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>IMPACT PARTNERSHIP LLC, )<br>)<br>Defendant. )<br>) | ORDER and NOTICE OF HEARING |

**THIS MATTER** is before the Court on Plaintiff Impact Technologies Group's Amended Motion for a Temporary Restraining Order and Motion for a Preliminary Injunction. (Doc. No. 6). The Court previously denied Plaintiff's Motion for a Temporary Restraining Order but noted that it would reconsider its ruling if Plaintiff filed a motion for a preliminary injunction. (Doc. No. 5). Likewise, Plaintiff's Amended Motion for a Temporary Restraining Order is hereby DENIED as the Court does not believe that extraordinary remedy is warranted in this case. Additionally, the Court will DEFER on ruling on Plaintiff's Motion for a Preliminary Injunction until after a hearing on the Motion before the undersigned on Tuesday, June 24, 2014, at 2:00 p.m. in the Charles R. Jonas Federal Building, 401 West Trade Street, Charlotte, North Carolina, 28202. At the hearing, each side shall have forty-five (45) minutes for a brief presentation of critical evidence and argument. As Defendant has not yet entered an appearance, Plaintiff is directed to serve Defendant with a copy of this Order.

Signed: June 9, 2014

IT IS SO ORDERED.

Frank D. Whitney
Chief United States District Judge