IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:14-CV-295-FDW-DCK

| | |
|---|---|
| IMPACT TECHNOLOGIES GROUP INC., | ) |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| THE IMPACT PARTNERSHIP LLC, | ) |
| Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 11) filed by J. Mark Wilson, concerning Michael P. Kohler on June 11, 2014. Mr. Michael P. Kohler seeks to appear as counsel *pro hac vice* for Defendant The Impact Partnership, LLC. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee, the Court will <u>grant</u> the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 11) is **GRANTED.** Mr. Michael P. Kohler is hereby admitted *pro hac vice* to represent Defendant The Impact Partnership, LLC.

**SO ORDERED**.

Signed: June 12, 2014

_____
David C. Keesler
United States Magistrate Judge