IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:14-CV-295-FDW-DCK

| | |
|---|---|
| IMPACT TECHNOLOGIES GROUP INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| THE IMPACT PARTNERSHIP LLC, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 12) filed by J. Mark Wilson, concerning William P. Eiselstein on June 11, 2014. Mr. William P. Eiselstein seeks to appear as counsel *pro hac vice* for Defendant The Impact Partnership, LLC. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 12) is **GRANTED.** Mr. William P. Eiselstein is hereby admitted *pro hac vice* to represent Defendant The Impact Partnership, LLC.

**SO ORDERED**.

Signed: June 12, 2014

David C. Keesler
United States Magistrate Judge