UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:14-CV-00295-FDW-DCK

| | |
|---|---|
| IMPACT TECHNOLOGIES GROUP INC., )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>IMPACT PARTNERSHIP LLC, )<br>)<br>Defendant. )<br>) | **ORDER** |

**THIS MATTER** is before the Court on Plaintiff Impact Technologies Group's Amended Motion for a Temporary Restraining Order and Motion for a Preliminary Injunction. (Doc. No. 6). The Court previously denied the Amended Motion for a Temporary Restraining Order and deferred on ruling on the Motion for a Preliminary Injunction until after a hearing on the matter. (Doc. No. 8). A hearing on the Motion for a Preliminary Injunction was held on June 24, 2014, and for the reasons stated in Court, the Motion for a Preliminary Injunction is DENIED

IT IS SO ORDERED.

Signed: June 24, 2014

Frank D. Whitney
Chief United States District Judge