UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:10-cv-00295-FDW-DSC

| IMPACT TECHNOLOGIES GROUP INC., | ) |
|---|---|
| Plaintiff, | ) |
| vs. | ) ORDER |
| THE IMPACT PARTNERSHIP, LLC, | ) |
| Defendant. | ) |

This matter is before the Court on Defendant's Consent Motion to Amend Case Management Order.

Having considered Plaintiff Impact Technologies Group's Motion to Reconsider (Doc. No. 22) and Defendant's Response (Doc. No. 25), and good cause having been shown, it is ORDERED that the dates in the Court's Case Management Order (Doc. 20), as well as certain discovery due-dates, be extended as follows:

| Activity | Previous Deadline | New Deadline |
|---|---|---|
| Plaintiff's responses to Defendant's first set of discovery requests | August 18, 2014 | September 25, 2014 |
| Defendant's responses to Plaintiff's first set of discovery requests | August 21, 2014 | September 8, 2014 |
| Rule 26(e) supplementation deadline | September 19, 2014 | December 1, 2014 |
| Rebuttal expert reports | September 26, 2014 | October 31, 2014 |

| Discovery completion | October 3, 2014 | December 19, 2014 |
| --- | --- | --- |
| ADR deadline | October 17, 2014 | January 23, 2015 |
| Dispositive motion deadline | October 20, 2014 | January 16, 2015 |
| Response to dispositive motions | October 27, 2014 | February 6, 2015 |
| Oral argument on dispositive motions | November 3, 2014 | TBD by Court |
| Pre-trial Conference | November 3, 2014 | TBD by Court |
| Trial | Term Nov. 3-21, 2014 | Term March 2-20, 2015 |

All other provisions and procedures in the Case Management Order (Doc. 20) remain in effect.

IT IS SO ORDERED.

Signed: September 18, 2014

Frank D. Whitney
Chief United States District Judge